1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2  Name: Robinson,      Javaughn          K

3  _(Last)_              _(First)_              _(Middle Initial)_

4  Prisoner Number:  BD14U

5  Institutional Address: P.O. Box 2000

6  Vacaville CA 95696-2000

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Aug 30 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10  Robinson Javaughn  )
_(Enter your full name.)_  )

11  )

12  vs.  )

CSP-Sacramento A1  )

Catlin, Bell, Speights  )

Ayala, Perez, Cavaughn,  )

Georgette,  )
_(Enter the full name(s) of the defendant(s) in this action.)_

Case No. 22-cv-4933-DMR
_(Provided by the clerk upon filing)_

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

17  **I. Exhaustion of Administrative Remedies.**

18  _Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims._

19

20  A.  Place of present confinement CMF P.O. Box 2000 Vacaville

21  B.  Is there a grievance procedure in this institution?  YES ☑  NO ☐  CA

22  C.  If so, did you present the facts in your complaint for review through the grievance

23  procedure?  YES ☑  NO ☐

24  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

25  level of review. If you did not pursue any available level of appeal, explain why.

26  1. Informal appeal: I submitted appeal to

27  Office of Appeals to inform of

28  issue.

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: I appealed first formal level to second level due to dissatisfaction of outcome.

3. Second formal level: appealed first formal level too second level thus exhausts admin remedy

4. Third formal level: Second formal level Constitutes exhausted appeal.

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ☑    NO ☐

F.    If you did not present your claim for review through the grievance procedure, explain why.

Fearfull of Retaliation and Discard of all documentation pretained to appeal during in cell altercation w/

**II.   Parties.** Correctional staff.

A.    Write your name and present address. Do the same for additional plaintiffs, if any.

Robinson, Javaughn * She/her pronouns P.O.Box 2000 Vacaville, CA 95696-2000 BD4II *Transgender inmate.

B.    For each defendant, provide full name, official position and place of employment.

Catlin        Georgette
Ayala        Speights
Simmons    * correctional officer
Bell         for A1 phychiatric
Perez        housing unit(PSU)
William/    CSP-Sacramento
Cavaugh

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The following CO's are being sued due to their daily participation of sexually assaultive engagements which constituted 8th and 14th violations due to them forcing me to tie myself up and anally masterbate for them using inamenent objects in front of unit survaillance system. Which was reviewed by ISU coordenators. Engagements were held daily for over three (3) months daily for senonity, passing privieages

## IV. Relief. and food.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I am requesting conpensatory damages of $100,000°° per defendent. Poly Graph to authenticate my aligations, oath under perjury of all aligations anything else the court deems just and equitable.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____     _____

Date                                      Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3