UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATLIN, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1585 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: March 29, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robi1585.59

1